FILED

2013 MAR -6 AM 11:01

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY: _____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CM REO TRUST,<br><br>        Plaintiff,<br><br>vs.<br><br>RACHEL CORDERO, et al.,<br><br>        Defendants. | Case No. EDCV13-0328-UA (DUTYx)<br><br>ORDER SUMMARILY REMANDING IMPROPERLY-REMOVED ACTION |

    The Court will remand this unlawful detainer action to state court summarily because it has been removed improperly.

    On August 10, 2012, defendants Rachel Cordero, Eva Cordero and Anna Arreaga, having been sued in what appeared to be a routine unlawful detainer action in California state court, lodged a Notice of Removal of that action to this Court and also presented applications to proceed *in forma pauperis*. On August 16, 2012, the Court denied defendants' applications to proceed *in forma pauperis* and remanded the action to state court.

    On September 27, 2012, defendants filed with the Court a second Notice of Removal of the same underlying action, which, again, appeared to be a routine unlawful detainer action in California state court. Defendants paid the $350.00 filing

fee. On November 7, 2012, the District Judge assigned to the action issued an order remanding the action to state court.

On November 30, 2012, defendants lodged with the Court a third Notice of Removal of the same underlying action, which, again, appeared to be a routine unlawful detainer action in California state court. Defendants presented applications to proceed *in forma pauperis* which the Court denied on December 14, 2012, remanding the action to state court.

On January 18, 2013, defendants lodged with the Court a fourth Notice of Removal of the same underlying action, which, again, appeared to be a routine unlawful detainer action in California state court. Defendants presented applications to proceed *in forma pauperis* which the Court denied on February 11, 2013, remanding the action to state court.

On February 21, 2013, defendants lodged with the Court a fifth Notice of Removal of the same underlying action, which, again, appears to be a routine unlawful detainer action in California state court. Again, defendants have presented applications to proceed *in forma pauperis*. The Court has denied the latter applications under separate cover because the action was not properly removed. To prevent the action from remaining in jurisdictional limbo, the Court issues this Order to remand the action to state court.

As previously noted, plaintiff could not have brought this action in federal court in the first place, in that defendants do not competently allege facts supplying either diversity or federal-question jurisdiction, and therefore removal is improper. 28 U.S.C. §1441(a); see Exxon Mobil Corp v. Allapattah Svcs., Inc., 545 U.S. 546, 563, 125 S. Ct. 2611, 162 L. Ed. 2d 502 (2005). Even if complete diversity of citizenship exists, the amount in controversy does not exceed the diversity-jurisdiction threshold of $75,000. See 28 U.S.C. §§ 1332, 1441(b). On the contrary, the unlawful-detainer complaint recites that the amount in controversy does not exceed $10,000.

1  Nor does plaintiff's unlawful detainer action raise any federal legal question.
2  See 28 U.S.C. §§ 1331, 1441(b).
3  Accordingly, IT IS ORDERED that (1) this matter be REMANDED to the
4  Superior Court of California, San Bernardino County, 17780 Arrow Highway,
5  Fontana, CA 92335, for lack of subject matter jurisdiction pursuant to 28 U.S.C.
6  § 1447(c); (2) that the Clerk send a certified copy of this Order to the state court; and
7  (3) that the Clerk serve copies of this Order on the parties.
8  IT IS SO ORDERED.

DATED: 3-1-13

*[signature]*
DEAN D. PREGERSON
~~GEORGE H. KING~~
CHIEF UNITED STATES DISTRICT JUDGE
Acting Chief Judge

Presented by:

*[signature]*
David T. Bristow
United States Magistrate Judge